UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                  CASE NO. 8:19-cr-425-MSS-AEP

MARCUS LLOYD ANDERSON

## UNITED STATES' WITNESS LIST

The United States of America respectfully submits the following list of witnesses to be called at the sentencing hearing scheduled on June 22, 2021:

1. Mr. H.B. Jefferson
2. Ms. Debra Cummings
3. Dr. Muhammad Ali
4. Mr. Wesley Jon Jasper
5. Ms. Cynthia Mansfield
6. John Meyer
7. Evan Cantrall, WellCare, Compliance Investigations
8. Michael Wysocki, AmeriGroup, Compliance Investigations

                               Respectfully submitted,

                               KARIN HOPPMANN
                               Acting United States Attorney

            By:    */s/ Kristen A. Fiore*
                    Kristen A. Fiore
                    Assistant United States Attorney
                    United States Attorney No. 178
                    400 N. Tampa St., Ste. 3200
                    Tampa, FL 33602-4798
                    Telephone: (813) 274-6000
                    Facsimile: (813) 274-6358
                    E-mail: Kristen.Fiore@usdoj.gov

U.S. v. Anderson   Case No. 8:19-cr-425-MSS-AEP

# CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jay Hebert, Esq.

By:    /s/ *Kristen A. Fiore*
Kristen A. Fiore
Assistant United States Attorney
United States Attorney No. 178
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Kristen.Fiore@usdoj.gov