UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    vs.                              CASE NO: 8:19-cr-425-MSS-AEP

MARCUS ANDERSON

_____/

<u>**DEFENDANT'S WITNESS LIST**</u>

The undersigned attorney respectfully submits the following list of witnesses to be called at the sentencing hearing scheduled on June 22, 2021:

1. Curtis Anderson
2. Velyna Anderson
3. Debbie Haugabook
4. Vernaye Denson
5. Shantell Davis
6. Dan Soronen
7. William Soronen
8. Charlie Cowart

                              Respectfully submitted,

                                    */s/ Jay A. Hebert*
                                    Jay A. Hebert, Esq.
                                    Florida Bar No.: 0880922
                                    5250 Ulmerton Road
                                    Clearwater, FL 33760
                                    Tel: (727) 573-2622
                                    Fax: (727) 573-2786
                                    hebertlawgroup@hotmail.com
                                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Assistant United States Attorney Kristen A. Fiore

By:  */s/ Jay A. Hebert*
Jay A. Hebert, Esq.
Florida Bar No.: 0880922
5250 Ulmerton Road
Clearwater, FL 33760
Tel: (727) 573-2622
Fax: (727) 573-2786
hebertlawgroup@hotmail.com
Attorney for Defendant