UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                          CASE NO: 8:19-cr-425-MSS-AEP

MARCUS ANDERSON

_____/

## DEFENDANT'S ADDITIONAL WITNESS LIST

The undersigned attorney respectfully submits the additional witness to be called at the sentencing hearing scheduled on June 22, 2021:

1. Ken Park

Respectfully submitted,

*/s/ Jay A. Hebert*
Jay A. Hebert, Esq.
Florida Bar No.: 0880922
5250 Ulmerton Road
Clearwater, FL 33760
Tel: (727) 573-2622
Fax: (727) 573-2786
hebertlawgroup@hotmail.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Assistant United States Attorney Kristen A. Fiore

By: */s/ Jay A. Hebert*
Jay A. Hebert, Esq.
Florida Bar No.: 0880922
5250 Ulmerton Road
Clearwater, FL 33760
Tel: (727) 573-2622
Fax: (727) 573-2786
hebertlawgroup@hotmail.com
Attorney for Defendant