UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 8:19-cr-425-T-35AEP

MARCUS LLOYD ANDERSON

---

# DEFENDANT, MARCUS LLOYD ANDERSON'S RESPONSE TO THE UNITED STATES' SENTENCING MEMORANDUM

Defendant, MARCUS LLOYD ANDERSON, by and through undersigned counsel, hereby files this response to the United States' sentencing memorandum dated June 8, 2021, Doc. 78.

The United States in its memorandum includes pictures of signs posted by the City of St. Petersburg deeming two buildings unfit for human habitation. These signs were posted at buildings on at the addresses 351 15th St. N, St. Petersburg, Florida and 345 15th St. N., St. Petersburg, Florida. While the events associated with this case occurred, neither of these properties were owned by Mr. Anderson—they were owned by his parents.

In its memorandum, the United States then references six pictures of the indoor conditions at the address 3434 2nd Ave. S, St. Petersburg, Florida. This address was the location of various trespassing issues. Mr. Anderson filed several police reports of squatters trespassing at this property. The government highlights the media coverage of victim and resident M.L.'s story.

While receiving care from TBBHC, M.L. never stayed at the 3434 2nd Ave. location. No patients stayed at that location while it was in the condition shown in the pictures within the United States' memorandum.

The referenced media report also mischaracterizes M.L.'s experience with Mr. Anderson. *See* https://www.wfla.com/8-on-your-side/investigations/st-pete-slumlord-exploited-mentally-ill-tenants-family-members-claim/ (last accessed June 21, 2021). The residence shown at time marks 1:08 and 1:49 reflect the place where M.L. stayed with special accommodations including a view of the water. The media report at time mark 2:08 shows the conditions of a completely different residence from where M.L. stayed. After condemning Mr. Anderson with the title of "slumlord" in various reports, the media failed to give an accurate representation of how Mr. Anderson treated his residents. Additionally, and perhaps more importantly, these news reports are hearsay without exception and this Court should treat these statements as such.

WHEREFORE, the Defendant, Mr. Anderson respectfully asks this honorable Court to take these aforementioned points under advisement while considering the United States' Sentencing Memorandum as she determines the §3553 factors in fashioning a sentence in this case.

DATED this 21st of June 2021

/s/ Jay A. Hebert
JAY A. HEBERT, ESQUIRE
FBN: 0880922
HEBERT LAW GROUP, P.A.
5250 Ulmerton Road
Clearwater, FL 33760
TEL: 727-573-2622 / FAX: 727-573-2786
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic Filing to the Office of the United States Attorney, which will automatically transmit an electronic copy to AUSA Kristen A. Fiore, on this 21st day of June 2021.

/s/ Jay A. Hebert
Jay A. Hebert, Esq.
Florida Bar No.:0880922
5250 Ulmerton Road
Clearwater, FL 33760
Tel: (727) 573-2622
Fax: (727) 573-2786
hebertlawgroup@hotmail.com