UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:19-cr-425-MSS-AEP

Plaintiff,   ☐
Government   ☒        ☒ Evidentiary
                      ☐ Trial
v.                    ☐ Other

MARCUS LLOYD ANDERSON

Defendant   ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Photographs |
| 2 | | | | WellCare Referral Report |
| 3 | | | | WellCare Claims Data, TBBHC |
| 4 | | | | WellCare HCFA 1500, TBBHC |
| 5 | | | | WellCare Explanation of Payment |
| 6 | | | | HCFA 1500, TBBHC (I.B., D.B., K.A.) |
| 7 | | | | Amerigroup Explanation of Payment, TBBHC (I.B., D.B., K.A.) |
| 8 | | | | Amerigroup Claims Data, TBBHC |
| 9 | | | | Florida Medicaid Claims Data, TBBHC |
| 10 | | | | Checks/Invoices |
| 11 | | | | Faxes from Anthem/Amerigroup |
| 12 | | | | Emails re: Amerigroup Explanation of Payment |
| 13 | | | | Emails re: construction on nightclub |
| 14 | | | | TBBHC/TBF checks for Bar Construction |
| 15 | | | | Rico Auto Sales |
| 16 | | | | TBBHC Check to Rico Auto Sales for BMW |