# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                       **CASE NO: 8:19-cr-425-MSS-AEP**

**MARCUS LLOYD ANDERSON**

_____

## ORDER

THIS CAUSE is before the Court *sua sponte*. This Honorable Court has been notified that the Defendant is attempting to contact the Clerk's Office and submit *pro se* filings to the Court. The Clerk's Office will not accept or docket such filings because the Defendant is represented by counsel in this matter. Counsel for the Defendant should immediately confer with his client and file any motions or documents as necessary.

**DONE and ORDERED** in Tampa, Florida, this 10th day of September, 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
                U.S. Marshal Service
                U.S. Probation Office
                U.S. Pretrial